

[ BYFEILD v. COX ]

Nathanael Byfeild plaint. ag^t Margaret Cox widdow Defend^t according to attachm^t dat. Novemb^r 30th 1675  The plaint. was non Suted upon non appearance.

[ GYDEON and BARUH v. MOULDER ]

Rowland Gydeon & Daniel Baruh plaint^s ag^t Nicholas Moulder Defend^t  The plaint^s were nonsuted upon non appearance.

[ VSHER v. FOGG ]

Hezekiah Vsher junio^r Attourny to Charles Gosfright pl^t ag^t Ezekiel Fogg Defend^t in an action of debt of One hundred Sixty Five pounds three Shillings six pence halfe penny in currant mony of New-England due by bill & all due damages according to attachm^t dat. Novemb^r 29^o 1675. . . . The Jury . . . founde for the plaint. One hundred thirty eight pounds Five Shillings six pence halfe penny in mony & costs of Court twenty nine Shillings Six pence.

[ TOTON v. GIBBS ]

Jn^o Toton Chyrurgion plaint. ag^t Benj^n Gibbs Defend^t in an action of the case for not paying him the Summe of Six pounds ten Shillings

in mony for the cure of three of his Negro men Viz[t] Hector Ferdinando & Domingo & his Servant girle, the time they were under his cure being neere eighteen weekes besides his expence of Medicine as may appeare by his account of theire cures & the time thereof presented to the s[d] m[r] Gibbs & referred by joint consent of s[d] Gibbs & Toton unto the Judgem[t] of m[r] John Clarke & Isaac Addington who awarded s[d] Gibbs to pay unto s[d] Toton Six pounds ten Shillings in mony w[th] all due damages according to attachm[t] dat. January pr[o] 1675. [355]. . . . The Jury . . . founde for the plaint. Six pounds ten Shillings mony & costs of Court Seventeen Shillings & four pence.

Execucion issued Jan[ry]. 28[o] 1675

### HOLLINGSHEAD ag[t] MOULDER

Richard Hollingshead plaint. ag[t] Nicholas Moulder Defend[t] in an action of debt of Fifteen pounds Fifteen Shillings & six pence in mony due by bill & due damages according to attachm[t] dat. x[br] 13[o] 1675. . . . The Jury . . . founde for the plaint. Fifteen pounds Fifteen Shillings six pence in currant mony according to bill & costs of Court Fourteen Shillings six pence.

### WHETCOMB ag[t] MOULDER

James Whetcomb Attourny of Tho: Morrice plaint. ag[t] Nicholas Moulder Defend[t] in an action of the case for the Forfiture of a bond of three hundred pounds mony due for breach of Charterparty in not paying the hire for one halfe of the pinke Freinds Advice Nicholas Skimmer Master according to the s[d] Charterparty bearing date 30th Novemb[r] 1674. w[th] all due damages according to Attachment dat. x[br] 10th 1675. . . . The Jury . . . founde for the plaint. Forfiture of the Charterparty three hundred pounds mony & costs of Court twenty three Shillings & eight pence.

Execucion issued Jan[ry]. 29[o] 1675.

### PECK ag[t] THWING

Tho: Peck plaint. on appeale from the Judgem[t] of the Worpp[ll] Simon Bradstreet Esq[r] ag[t] Benj[n] Thwing Defend[t]

The plaint. was nonSuted upon non appearance